**No. 57569.**—S. S. Kresge Co. et al. *v.* United States, protests 154261–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of animal or human figures composed wholly or in chief value of papier mâché similar in all material respects to those the subject of Abstract 56975, the claim of the plaintiffs was sustained.

**No. 57570.**—Lansen-Naeve Corp. *v.* United States, protest 204435–K (New York).

Opinion by OLIVER, C. J. In accordance with oral stipulation of counsel that the merchandise "in case number 51 to 55 inclusive consists of figures for crib sets, composed of paper mache, not playthings for children," the claim of the plaintiff was sustained as to said case numbers.

**No. 57571.**—Artgift Corp. *v.* United States, protest 185446–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of metal statuettes (Infant of Prague) with glass domes similar in all material respects to those the subject of Abstract 57135, the claim of the plaintiff was sustained.